EDWARD R. KUEHN ET AL. *v.* THE ZONING BOARD OF
APPEALS OF THE TOWN OF WEST HARTFORD

The plaintiffs' petition for certification for appeal
from the Court of Common Pleas in Hartford
County is denied.

*Daniel P. Cavanaugh,* in support of the petition.
*Edwin G. Hebb, Jr.,* in opposition.

Submitted October 29—decided November 6, 1973

WINDHAM COMMUNITY MEMORIAL HOSPITAL *v.* CITY
OF WILLIMANTIC

Taking the petition of the Connecticut Hospital
Association for leave to file a brief as amicus curiae
as the petition of the counsel who filed it (see Malt-
bie, Conn. App. Proc. § 366), permission is granted
to John Q. Tilson and William H. Prout, Jr., jointly
to file one brief as amici curiae in the plaintiff's
appeal from the Court of Common Pleas in Wind-
ham County.

*John Q. Tilson* and *William H. Prout, Jr.,* in sup-
port of the petition.

Submitted November 6—decided November 13, 1973

DANA-ROBIN CORPORATION *v.* THE PLANNING AND
ZONING COMMISSION OF THE TOWN OF SEYMOUR

The plaintiff's petition for certification for appeal
from the Court of Common Pleas in New Haven
County is granted.

*W. Bradley Morehouse,* in support of the petition.
*Lewis R. Whitehead,* in opposition.

Submitted October 29—decided November 14, 1973